# PEACOCK LAW P.C.
### INTELLECTUAL PROPERTY LAW SERVICES
### TECHNOLOGY COMMERCIALIZATION

Deborah A. Peacock, P.E. [1,2,3,4]
Janeen Vilven-Doggett, Ph.D. [1,2]
Philip D. Askenazy, Ph.D. [10]
Justin R. Jackson [1,2,3,5,8]
Isaac Estrada [1,2]
Jeffrey L. Squires, Of Counsel [2,5,6]
Ryan Jennings Wityak [2]
Justin R. Muehlmeyer [1,2]
Camille L. Martinez [1,2,9]
Svitlana V. Anderson [2]
Stephen A. Slusher, Of Counsel [1,2]
Steve M. McLary, Of Counsel [1,7]

January 30, 2019
FILED WITH ECF

U.S. and Foreign Intellectual Property
Patents, Trademarks and Copyrights
Licensing and Technology Commercialization
Biotechnology and FDA Law
Computer and Internet Law
Art and Entertainment Law
Trade Secrets and Policies
Intellectual Property Litigation
Corporate and Commercial Transactions
Venture Capital and Due Diligence

Honorable Nicholas Garaufis
United States District Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: Zaxcom, Inc., v. Lectrosonics, Inc., Case No. 1:17-cv-03408-NGG-RER

Dear Judge Garaufis:

We represent Defendant Lectrosonics, Inc. in the above-referenced matter. I write in response to a request, conveyed by your law clerk a week ago, that the parties review Plaintiff Zaxcom, Inc.'s Amended Complaint, which was filed under seal, to determine whether the parties would agree that there was no longer a need to treat any of the contents of that pleading as confidential. I gather your request was prompted by consideration of the motion to dismiss for improper venue, or in the alternative to transfer, that is pending before the Court, and that it might facilitate or otherwise impact the Court's rendering decision on that motion.

Initially, I apologize for not having been able to more promptly respond to your request. The lawyers needed to consult with one another, and then with their clients, before we could respond to your request. We have done so, and are in agreement that Plaintiff's Amended Complaint, contains no information that either party requires to be kept confidential, and that Plaintiff's Amended Complaint may be unsealed and be part of the public record.

I have been authorized by Plaintiff's counsel to represent Plaintiff's concurrence with respect to the content of this letter, and to so indicate by showing the signature of Plaintiff's

1 Registered U.S. Patent & Trademark Office
2 Admitted New Mexico Bar
3 Admitted Colorado Bar
4 Admitted New York Bar
5 Admitted Washington D.C. Bar
6 Admitted Maryland, Virginia and Texas Bars
7 Admitted Indiana and Ohio Bars
8 Admitted Oklahoma Bar
9 Admitted Arizona Bar
10 Registered Agent, U.S. Patent & Trademark Office (non-attorney)

Albuquerque (Main Office)
201 Third Street NW · Suite 1340
Albuquerque, NM 87102-3368
P.O. Box 26927 · Albuquerque, NM 87125-6927
Telephone (505) 998-1500 · Fax (505) 243-2542
www.PeacockLaw.com

New York
488 Madison Avenue
17th Floor · Suite 1700
New York, NY 10022
Telephone (877) 998-1506

Washington D.C.
1850 M Street NW
Suite 280
Washington, D.C. 20036
Telephone (877) 998-1506

counsel, as well as myself and co-counsel for Defendant in this matter.

Respectfully submitted,

FOR LECTROSONICS, INC.

PEACOCK LAW P.C.

By:     /JLS/
Jeffrey L. Squires
201 Third Street NW
Suite 1340
Albuquerque, NM  87102
Tel:  (505) 998-6116
Fax:  (505) 243-2542
Email:  jsquires@peacocklaw.com

DAVID WOLFLAW pllc

By:     /DBW/
David B. Wolf (DW-2077)
60 East 42nd Street, Suite 4700
New York, NY  10165
Tel:  (212) 485-9808
Fax:  (212) 485-9808
Email:  david@davidwolflaw.com

FOR ZAXCOM, INC.

CHIPPERSON LAW GROUP, P.C.

By:     /RCC/
Rita Chipperson
163 Madison Avenue
Suite 220-40
Morristown, NJ  07960
Tel: (973) 845-9071
Fax: (973) 845-6176
Email:  rcc@chippersonlaw.com

G:\A-Clients\Lectrosonics, Inc\LIT\Letter to Judge Garaufis 013019.doc